# UNITED STATES DISTRICT COURT

for the

4 District of Hennepin

__________ Division

Austin Michael Kingsley
Catherine Jean Beenken-Fenning

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Minnesota
Minneapolis Police Department
MN Court of Appeals
Sharon Compton / William Siegler (Jensen)

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 26-cv-3544 LMP/ECW

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

RECEIVED
AUG 06 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

SCANNED
AUG 06 2026
U.S. DISTRICT COURT MPLS

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Catherine Jean Beenken-Ferry |
| Address | 907 20th Ave NE |
| | Minneapolis (City) MN (State) 55418 (Zip Code) |
| County | Hennepin |
| Telephone Number | 763-215-2083 |
| E-Mail Address | cathyiscase@hotmail.com |

### B. The Defendant(s)

Austin Michael Kingsley (Same)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Minneapolis Police Department |
| Job or Title *(if known)* | Police & POST & Impound lot |
| Address | 1900 Central Ave NE |
| | Mpls (City) Mn (State) 55418 (Zip Code) |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | William Siegler (Jensen) |
| Job or Title *(if known)* | 3920 23rd Ave S |
| Address | |
| | Mpls (City) Mn (State) 554 (Zip Code) |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name: Mn Court of Appeals
Job or Title *(if known)*: Appellant Court
Address:

City | State | Zip Code

County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name: State of Minnesota
Job or Title *(if known)*: Hennepin County Courts
Address:

City | State | Zip Code

County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 USC 241 Civil Rights Act, Vulnerable Adult Act
18 USC 231-101 Patriotic Act, Domestic Abuse Act
Vitamin Antitrust Litigation, The law of Colour

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

False Identity. Not doing their jobs, embezzeling theft Sex Trafficking Gaslighting for my familys Death, Rape Violating a 45

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

610 Logan Ave N Apt 7
907 20th AVE NE Every where
911 20th Ave NE Hennepin County Courthouse

B. What date and approximate time did the events giving rise to your claim(s) occur?

from 06/30/2021 and Still this Day

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Raped both myself and Austin M Kingsley Stole all Inheritance, homes, Jewelry, cash. Bank accounts, wrongful evictions on multiple Occasions, homeless uss, Steeling IRAs, clothes, assets, titles Vehicles 2004 Acura TL In the impound lot as of 05/05/2022 Claiming its Beige its Black GXL-178

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Rape PTSD
No Trust for our legal system.
Multipl Court Cases they ruined my back ground

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want my ~~[illegible]~~ inheritance back our homes back our property return Austin M Kingsley can fix whats been destroyed, assets, property including what the Police property room & officers have stolen with HIV+ Jenny Jorgensen whom most officers are screwing for their Gaslighting Game without protection

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/04/2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Catherine Jean Beeken-Fenning

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

____________ City ____________ State ____________ Zip Code

Telephone Number ____________

E-mail Address ____________