**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| AUSTIN MICHAEL KINGSLEY and CATHERINE JEAN BENKEN-FENNING,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MINNESOTA, MINNEAPOLIS POLICE DEPARTMENT, MN COURT OF APPEALS, SHARON COMPTON, and WILLIAM SIEGLER JENSEN,<br><br>Defendants. | Case No. 26-cv-3544 (LMP/ECW)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 5, of United States Magistrate Judge Elizabeth Cowan Wright, which recommends dismissing the complaint brought by Plaintiffs Austin Michael Kingsley and Catherin Jean Benken-Fenning for failure to prosecute, ECF No. 1. No objections have been filed to the R&R in the time period permitted, and the R&R is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on the files, records, and proceedings in this matter,

**IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 5) is **ADOPTED**; and

2. Plaintiffs Austin Michael Kingsley and Catherine Jean Benken-Fenning's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 8, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge